In re COCCARO et al. (Circuit Court of Appeals, Second Circuit. October 31, 1922.) No. 75. Appeal from the District Court of the United States for the Southern District of New York. In the matter of the estate of Anthony J. Coccaro and another, individually and as copartners in the firm of A. J. Coccaro & Co., alleged bankrupts. From an order denying the application of the General Alcohol Export Corporation for an order directing Benjamin Lesser, as receiver, to complete performance of a contract between the applicant and the bankrupts, in which contract Henry Chrystie claimed an interest, the applicant appeals. Affirmed. Alexander & Green, of New York City (Clifton P. Williamson, of New York City, of counsel), for appellant. Leo Oppenheimer, of New York City, for appellee Lesser. Frank, Weil & Strouse, of New York City (Samuel F. Frank and Samuel H. Kaufman, both of New York City, of counsel), for appellee Chrystie. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed.

---

COCKFIELD v. ARMOUR FERTILIZER WORKS. (Circuit Court of Appeals, Fourth Circuit. December 5, 1922.) No. 2077. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. Arrowsmith & Muldrow, of Florence, S. C., for plaintiff in error. F. L. Willcox, of Florence, S. C., for defendant in error.

PER CURIAM. Cause docketed and dismissed, on motion of defendant in error, under rule 16, § 2 (233 Fed. xi, 146 C. C. A. xi).

---

CONTINENTAL PORTLAND CEMENT CO. v. SCHAPER. (Circuit Court of Appeals, Eighth Circuit. July 29, 1922.) No. 6151. In Error to the District Court of the United States for the Eastern District of Missouri. Daniel Taylor, Jacob Chasnoff, and George C. Willson, all of St. Louis, Mo., for plaintiff in error. H. R. Polak, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error dismissed at costs of plaintiff in error, but without taxation of attorney fee, mandate to issue forthwith, per stipulation of parties.

---

CROW v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 11, 1922.) No. 6178. In Error to the District Court of the United States for the District of Utah. S. A. King and Russell G. Schulder, both of Salt Lake City, Utah, for plaintiff in error. Charles M. Morris, U. S. Atty., of Salt Lake City, Utah, and David H. Cannon, Asst. U. S. Atty., of Price, Utah.

PER CURIAM. Writ of error docketed and dismissed, under rule 16 (188 Fed. xi, 109 C. C. A. xi), on motion of defendant in error.

---

DAVIS, Director General of Railroads, v. SMITH et al. (Circuit Court of Appeals, Fourth Circuit. July 3, 1922.) No. 2002. In Error to the District Court of the United States for the Western District of North Carolina, at Greensboro. Manly, Hendren & Womble, of Winston-Salem, N. C., for plaintiff in error. F. P. Hobgood, Jr., and King, Sapp & King, all of Greensboro, N. C., for defendants in error.

PER CURIAM. Cause dismissed, under rule 20 (233 Fed. xiii, 146 C. C. A. xiii), per agreement of attorneys.